Fill in this information to identify your case:

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number (if known) _____ Chapter __11__

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Silver Lining Advertising, LLC |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 46-3319862 |
| 4. | Debtor's address | **Principal place of business**<br><br>1660 E. Helm Dr., Unit 400<br>Las Vegas, NV 89119<br>Number, Street, City, State & ZIP Code<br><br>Clark<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | https://www.silverliningads.com/ |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  **Silver Lining Advertising, LLC**  Case number (*if known*) _____
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor    **Silver Lining Advertising, LLC**                                              Case number (*if known*)
        Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11. Why is the case filed in this district?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard?  _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other  _____

**Where is the property?**  _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency  _____
        Contact name  _____
        Phone  _____

    **Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor   **Silver Lining Advertising, LLC**                                         Case number (*if known*) _____
         Name

☐ $50,001 - $100,000           ☐ $10,000,001 - $50 million         ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000          ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million        ☐ $100,000,001 - $500 million       ☐ More than $50 billion

| | |
|---|---|
| Debtor **Silver Lining Advertising, LLC** | Case number (*if known*) |
| Name | |

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March 13, 2025**
             MM / DD / YYYY

X  *(signature)*                         **Dusty Chambers**
Signature of authorized representative of debtor    Printed name

Title  **Manager**

**18. Signature of attorney**

X  *(signature)*                         Date  **March 13, 2025**
Signature of attorney for debtor                MM / DD / YYYY

**Matthew C. Zirzow 7222**
Printed name

**Larson & Zirzow, LLC**
Firm name

**850 E. Bonneville Ave.
Las Vegas, NV 89101**
Number, Street, City, State & ZIP Code

Contact phone  **702-382-1170**    Email address  **mzirzow@lzlawnv.com**

**7222 NV**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Silver Lining Advertising, LLC**

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ITRIA Ventures<br>Attn: Bankruptcy Dept/Managing Agent<br>1 Penn Plaza, 31st Flr.<br>New York, NY 10119 | | Merchant cash advance/loan | Contingent<br>Unliquidated<br>Disputed | $160,600.00 | $0.00 | $160,600.00 |
| Wall Street Funding<br>Attn: Bankruptcy Dept/Managing Agent<br>30 Broad St.<br>New York, NY 10004 | | Merchant cash advance/loan | Contingent<br>Unliquidated<br>Disputed | $153,163.40 | $0.00 | $153,163.40 |
| LG Funding, LLC<br>Attn: Bankruptcy Dept/Managing Agent<br>1218 Union St., Suite 2<br>Brooklyn, NY 11225 | | Merchant cash advance/loan | Contingent<br>Unliquidated<br>Disputed | $123,286.00 | $0.00 | $123,286.00 |
| Swift Funding Source, Inc.<br>Attn: Avraham Danino, CEO<br>2474 McDonald Ave.<br>Brooklyn, NY 11233 | | Merchant cash advance/loan | Contingent<br>Unliquidated<br>Disputed | $90,625.00 | $0.00 | $90,625.00 |
| Liberty Press/Printing<br>Attn: Bankruptcy Dept/Managing Agent<br>1180 N. Mountain Springs Pkwy.<br>Springville, UT 84663 | | Services | | | | $61,000.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor  **Silver Lining Advertising, LLC**  Case number *(if known)*
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Spencer Helm Executives LLC**<br>Attn: Jonathan Monkarsh<br>9061 Santa Monica Blvd.<br>West Hollywood, CA 90069 | | **Unpaid rent** | | | | $24,238.80 |
| **Nevada DETR**<br>Attn: Bankruptcy Dept/Managing Agent<br>500 East Third Street<br>Carson City, NV 89713 | | | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | $24,216.00 |
| **Firefly Systems Inc.**<br>Attn: Bankruptcy Dept/Managing Agent<br>15 West 27th Street<br>New York, NY 10001 | | **Services** | | | | $22,084.00 |
| **Financial Services**<br>Attn: Bankruptcy Dept/Managing Agent<br>P.O. Box 911685<br>Denver, CO 80291-1685 | | **LED Boards** | | $10,252.00 | $0.00 | $10,252.00 |
| **Bank of America Business Advantage**<br>Attn: Bankruptcy Dept/Managing Agent<br>P.O. Box 15796<br>Wilmington, DE 19886-5796 | | **Charge account** | | | | $9,766.92 |
| **Nevada Dept. of Taxation**<br>Attn: Bankruptcy Section<br>700 E. Warm Spring Rd. Ste 200<br>Las Vegas, NV 89119 | | **Taxes** | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | $7,410.00 |
| **Capital One Business**<br>Attn: Bankruptcy Dept/Managing Agent<br>P.O. Box 60519<br>City of Industry, CA 91716-0519 | | **Charge account** | | | | $5,060.82 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 2

Debtor  **Silver Lining Advertising, LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Express**<br>Attn: Bankruptcy Dept/Managing Agent<br>P.O. Box 60189<br>City of Industry, CA 91716-0189 | | **Charge account** | | | | $3,900.00 |
| **Capital One Business**<br>Attn: Bankruptcy Dept/Managing Agent<br>P.O. Box 60519<br>City of Industry, CA 91716-0519 | | **Charge account** | | | | $3,814.00 |
| **Bank of America Business Advantage**<br>Attn: Bankruptcy Dept/Managing Agent<br>P.O. Box 15796<br>Wilmington, DE 19886-5796 | | **Charge account** | | | | $2,582.04 |
| **Bank of America Business Advantage**<br>Attn: Bankruptcy Dept/Managing Agent<br>P.O. Box 15796<br>Wilmington, DE 19886-5796 | | **Charge account** | | | | $1,814.05 |
| **Capital One Business**<br>Attn: Bankruptcy Dept/Managing Agent<br>P.O. Box 60519<br>City of Industry, CA 91716-0519 | | **Charge account** | | | | $1,059.61 |
| **City National Bank**<br>Attn: Bankruptcy Dept/Managing Agent<br>P.O. Box 60938<br>Los Angeles, CA 90060 | | **All assets** | | $35,697.73 | Unknown | Unknown |

Official form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims  page 3

Debtor  **Silver Lining Advertising, LLC**                             Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Internal Revenue Service**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101** | | **Interest (excluding penalties)** | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | **Unknown** |
| **Internal Revenue Service**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101** | | **Penalties** | **Unliquidated**<br>**Disputed** | | | $0.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 4

# United States Bankruptcy Court
## District of Nevada

In re  **Silver Lining Advertising, LLC**

Debtor(s)

Case No.

Chapter **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **March 13, 2025**

*/s/ Dusty Chambers*

**Dusty Chambers/Manager**
Signer/Title

Silver Lining Advertising, LLC
1660 E. Helm Dr., Unit 400
Las Vegas, NV 89119

Clark County Assessor
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551401
Las Vegas, NV 89155

U.S. Small Business Administration
Attn: Bankruptcy Dept/Managing Agent
409 3rd St., SW
Washington, DC 20416

American Express
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 60189
City of Industry, CA 91716-0189

City National Bank
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 60938
Los Angeles, CA 90060

Global Merchant Cash Inc.
Attn: Bankruptcy Dept/Managing Agent
64 Breaver Street
New York, NY 10004

Isuzu Finance of America, Inc.
Attn: Bankruptcy Dept/Managing Agent
2500 Westchester Ave., #312
Purchase, NY 10577

Liberty Press/Printing
Attn: Bankruptcy Dept/Managing Agent
1180 N. Mountain Springs Pkwy.
Springville, UT 84663

Spencer Helm Executives LLC
Attn: Jonathan Monkarsh
9061 Santa Monica Blvd.
West Hollywood, CA 90069

Wall Street Funding
Attn: Bankruptcy Dept/Managing Agent
30 Broad St.
New York, NY 10004

Internal Revenue Service
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 7346
Philadelphia, PA 19101

Dept. of Empl, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Nevada Dept. of Taxation
Attn: Bankruptcy Section
700 E. Warm Spring Rd. Ste 200
Las Vegas, NV 89119

Bank of America Business Advantage
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 15796
Wilmington, DE 19886-5796

Financial Services
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 911685
Denver, CO 80291-1685

GM Financial
Attn: Bankr Dep't/Managing Agent
801 Cherry St., #3600
Fort Worth, TX 76102

ITRIA Ventures
Attn: Bankruptcy Dept/Managing Agent
1 Penn Plaza, 31st Flr.
New York, NY 10119

Nevada DETR
Attn: Bankruptcy Dept/Managing Agent
500 East Third Street
Carson City, NV 89713

Swift Funding Source, Inc.
Attn: Avraham Danino, CEO
2474 McDonald Ave.
Brooklyn, NY 11233

Zions Credit Corporation
Attn: Bankruptcy Dept/Managing Agent
310 S. Main Suite 1300
Salt Lake City, UT 84101

Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
P.O. Box 551220
Las Vegas, NV 89155

Social Security Administration
Office of the General Counsel
Office of Program Lit. Attn: Bankrup
6401 Security Blvd.
Baltimore, MD 21235

Ally Servicing LLC
Attn: Bankruptcy Dept/Managing Age
P.O. Box 380902
Minneapolis, MN 55438-0902

Capital One Business
Attn: Bankruptcy Dept/Managing Age
P.O. Box 60519
City of Industry, CA 91716-0519

Firefly Systems Inc.
Attn: Bankruptcy Dept/Managing Age
15 West 27th Street
New York, NY 10001

HC Capital America
Attn: Bankruptcy Dept/Managing Age
21925 Network Place
Chicago, IL 60673-1219

LG Funding, LLC
Attn: Bankruptcy Dept/Managing Age
1218 Union St., Suite 2
Brooklyn, NY 11225

Pawnee Leasing Corp.
Attn: Bankruptcy Dept/Managing Age
P.O. Box 724499
Chicago, IL 60673-4499

U.S. Small Business Admin.
Office of General Counsel
312 N. Spring St., 5th Floor
Los Angeles, CA 90012

Spencer Helm Executives LLC
Attn: Managing Agent
9061 Santa Monica Blvd.
West Hollywood, CA 90069

AIS Portfolio Services, LLC
Attn: Ally Bank Dep't
3515 N. Santa Fe Ave., Dept. APS
Oklahoma City, OK 73118

American Express
P.O. Box 981535
El Paso, TX 79998-1535

American Express ADR
c/o CT Corporation System
28 Liberty Street
New York, NY 10005

Bank of America
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 660441
Dallas, TX 75266-0441

Bank of America
FL1-300-03-15
PO Box 25118
Tampa, FL 33622-5118

Bank of America
FL1-300-03-15
PO Box 25118
Tampa, FL 33622

Capital One
Attn: Bankruptcy Dept. / Managing Agent
PO Box 30285
Salt Lake City, UT 84130

Corporation Serv. Co., as Rep.
Attn: Bankruptcy Dept/Manager
P.O. Box 2576
Springfield, IL 62708

Corporation Service Co.
As Representative
P.O. Box 2576
Springfield, IL 62708

CT Corporation System, as Rep.
Attn: Bankruptcy Dep't
330 N. Brand Blvd., Suite 700
Glendale, CA 91203

CT Corporation System, as Rep.
Attn: Bankruptcy Dep't/SPRS
330 N. Brand Blvd., Suite 700
Glendale, CA 91203

Global Merchant Cash, Inc.
c/o Joel Brebbia
335 Gilbert Hwy.
Fairfield, CT 06824

GM Financial
Attn: Bankruptcy Dept/Manager
P.O. Box 183593
Arlington, TX 76096

Itria Ventures, LLC
c/o Corporation Service Co.,
as Agent
80 State St.
Albany, NY 12207

Liberty Press
Attn: Bankruptcy Dep't/Manager
4501 Mitchell St.
North Las Vegas, NV 89081

Pawnee Leasing Corp.
Attn: Bankruptcy Dep't/Manager
3801 Automation Way, Suite 207
Fort Collins, CO 80525

Spencer Helm Executives LLC
c/o Corp. Service Co., as Resident Agent
112 N. Curry Street
Carson City, NV 89703

Swift Funding Source, Inc.
Attn: Avraham Danino, CEO
1019 Ave. P
Brooklyn, NY 11223

United States Attorney's Office
Attn: Civil Process Clerk
501 Las Vegas Blvd. So., Ste. 1100
Las Vegas, NV 89101

United States Trustee
300 Las Vegas Blvd., South #4300
Las Vegas, NV 89101

Wall Street Funding, LLC
c/o U.S. Corporation Agents, Inc.,
as Agent
7014 13th Ave., Suite 202
Brooklyn, NY 11228

## ACTION BY UNANIMOUS WRITTEN CONSENT OF THE MANAGERS OF SILVER LINING ADVERTISING, LLC, a Nevada limited liability company

The undersigned, being the managers of SILVER LINING ADVERTISING, LLC, a Nevada limited liability company (the "Company"), and being authorized to so act in accordance with the Company's Operating Agreement and applicable state law, hereby approves and adopts the following resolutions effective as of March 12, 2025:

WHEREAS, the Company, having determined that in its judgment, and upon the advice of counsel, that it is desirable and in the best interests of the Company and its creditors and other interested parties, as applicable, that a voluntary petition for relief be filed under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

BE IT THEREFORE RESOLVED, the Company shall file a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the U.S. Bankruptcy Court for the District of Nevada (the "Bankruptcy Court") and take all steps necessary thereto, and the Company is authorized to employ LARSON & ZIRZOW, LLC to represent it in the proceeding as bankruptcy counsel.

BE IT FURTHER RESOLVED, that Dusty Chambers (the "Authorized Person") shall be authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify a petition, schedules, and any amendments thereto under chapter 11 of the Bankruptcy Code, and to cause the same to be filed with the Bankruptcy Court as soon as he shall determine, and take all other reasonable steps thereafter in such bankruptcy case.

BE IT FURTHER RESOLVED, that the Authorized Person shall be designated as the responsible person in the Company's bankruptcy case pursuant to Fed. R. Bankr. P. 9001(5), and is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case.

BE IT FURTHER RESOLVED that any and all past actions taken by the Authorized Person of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved.

IN WITNESS WHEREOF, the undersigned, hereby approves the foregoing effective as of the date set forth above.

SILVER LINING ADVERTISING, LLC,
a Nevada limited liability company:

By: *Dusty Chambers*

By: *[signature]*